Steve W. Berman (*pro hac vice*)
Thomas E. Loeser (SBN 202724)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com
Email: toml@hbsslaw.com

Tina Wolfson (SBN 174806)
Theodore W. Maya (SBN 223242)
Bradley K. King (SBN 274399)
Christopher E. Stiner (SBN 276033)
AHDOOT & WOLFSON, PC
10728 Lindbrook Drive
Los Angeles, CA 90024
Telephone: (310) 474-9111
Facsimile: (310) 474-8585
Email: twolfson@ahdootwolfson.com
Email: tmaya@ahdootwolfson.com
Email: bking@ahdootwolfson.com
Email: cstiner@ahdootwolfson.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDERSON, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>APPLE INC.,<br><br>　　　　　　　　　　Defendant. | No. 3:20-cv-02328-WHO<br><br>**JOINT STIPULATION TO SET RESPONSIVE BRIEFING SCHEDULE FOR APPLE'S MOTION TO DISMISS; ORDER**<br><br>Judge: Hon. William H. Orrick<br>Compl. filed: April 6, 2020<br>First Am. Compl. filed: May 28, 2020 |

Pursuant to Civil Local Rules 7-2, 7-3, and 7-12, and the Commentary to Civil Local Rule 7-2, Plaintiffs in the above-captioned action, *Anderson, et al. v. Apple Inc.*, No. 3:20-cv-02328-WHO (N.D. Cal.) ("*Anderson*"), and defendant Apple Inc. ("Apple"), file this stipulation, by and through their undersigned counsel, to extend the periods for the response in opposition and the reply in support of Apple's Motion to Dismiss filed on July 9, 2020 (ECF No. 32), and to request dates for the hearing on such motion and the Initial Case Management Conference.

WHEREAS, Plaintiffs have conferred with Apple, and the parties agree that the issues raised in the complaint and Apple's motion support an extended briefing schedule under which Plaintiffs will file their response in opposition to Apple's motion on August 20, 2020, and Apple shall file its reply in support of its motion on September 10, 2020; and

WHEREAS, since the Court holds civil hearings on Wednesdays and Case Management Conferences on Tuesdays, the parties agree and propose that the Court set the hearing on Apple's Motion to Dismiss for Wednesday, October 7, 2020, and the initial Case Management Conference for Tuesday, October 13, 2020, or such other dates as are convenient to the Court;

IT IS HEREBY STIPULATED AND AGREED by the *Anderson* plaintiffs and defendant Apple Inc., through their respective counsel of record, that:

1. Plaintiffs' response in opposition to Apple's Motion to Dismiss shall be filed on August 20, 2020;
2. Apple's Reply in support of its Motion to Dismiss shall be filed on September 10, 2020;
3. The hearing on Apple's Motion to Dismiss shall be set for October 7, 2020, or such other date as is convenient to the Court; and
4. The Initial Case Management Conference shall be set for October 13, 2020, or such other date as is convenient to the Court.

1   IT IS SO STIPULATED.

2   Dated: July 20, 2020                          Respectfully submitted,

3                                                 HAGENS BERMAN SOBOL SHAPIRO LLP

4                                                 By:   */s/ Steve W. Berman*
                                                        Steve W. Berman (*pro hac vice*)
5
                                                  *Attorney for Plaintiffs*
6

7   Dated: July 20, 2020                          Respectfully submitted,

8                                                 MORRISON & FOERSTER LLP

9                                                 By:   */s/ Arturo J. González*
                                                        Arturo J. González
10
                                                  *Attorney for Defendant Apple Inc.*
11

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

1. Plaintiffs' response in opposition to Apple's Motion to Dismiss shall be filed on August 20, 2020.

2. Apple's Reply in support of its Motion to Dismiss shall be filed on September 10, 2020.

3. The Hearing on Apple's Motion to Dismiss is set for: October 7, 2020.

4. The Initial Case Management Conference is set for: October 13, 2020.

Dated: July 20, 2020

_____
Honorable William H. Orrick
United States District Court

JOINT STIPULATION TO SET RESPONSIVE BRIEFING SCHEDULE
FOR APPLE'S MOTION TO DISMISS; [PROPOSED] ORDER – 3
10759-11 1250187 v1

No. 3:20-cv-02328-WHO

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I am the ECF user whose identification and password are being used to file the foregoing document. In accordance with Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from all signatories.

Dated: July 20, 2020                                    HAGENS BERMAN SOBOL SHAPIRO LLP

                                                        By:   */s/ Steve W. Berman*
                                                              Steve W. Berman (*pro hac vice*)

                                                        *Attorney for Plaintiffs*