| | |
|---|---|
| 1 | Steve W. Berman (pro hac vice) |
| | Thomas E. Loeser (SBN 202724) |
| 2 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| | 1301 Second Avenue, Suite 2000 |
| 3 | Seattle, WA 98101 |
| | Telephone: (206) 623-7292 |
| 4 | Facsimile: (206) 623-0594 |
| | Email: steve@hbsslaw.com |
| 5 | Email: toml@hbsslaw.com |
| 6 | Peter A. Shaeffer (pro hac vice) |
| | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 7 | 455 North Cityfront Plaza Drive, Suite 2410 |
| | Chicago, IL 60611 |
| 8 | Telephone: (708) 628-4949 |
| | Facsimile: (708) 628-4950 |
| 9 | Email: petersh@hbsslaw.com |
| 10 | Tina Wolfson (SBN 174806) |
| | Theodore W. Maya (SBN 223242) |
| 11 | Bradley K. King (SBN 274399) |
| | Christopher E. Stiner (SBN 276033) |
| 12 | AHDOOT & WOLFSON, PC |
| | 2600 West Olive Avenue, Suite 500 |
| 13 | Burbank, CA 91505 |
| | Telephone: (310) 474-9111 |
| 14 | Facsimile: (310) 474-8585 |
| | Email: twolfson@ahdootwolfson.com |
| 15 | Email: tmaya@ahdootwolfson.com |
| | Email: bking@ahdootwolfson.com |
| 16 | Email: cstiner@ahdootwolfson.com |

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELAINE ANDERSON, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | Case No. 3:20-cv-02328-WHO<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Judge: Honorable William H. Orrick<br><br>Sec. Am. Compl. Filed: December 16, 2020 |

Pursuant to Civil Local Rule 7-12 and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Cuneyt Adiguzel, Robert Altmann, Elaine Anderson, Melissa Brevig, Taylor Chanek, Jacqueline Demeritte, James Hines, Merlyn Johnson, Yvette Knox, David Kreamer, Bernadette Lionetta, Candace Martino, Rhonda Mason, Michael Miller, Nina Parker, Nancy Prater, Bryan Riviello, Zachary Schwartz, Veronica Stovall, Regina (Ellison) Terry, Melissa Arellano, Daniel Aviles, Andrew Bewick, Cherie Brown, Scott Burst, Sheila Claxton, Melanie Cobb, Alison Coleman, Simone Cox, Mercedes Espinoza, Christian Hunt, Alexandra Kellner, Latecia Cushion Knight, Crystal Miller, Deborah Morgan, Pamela Paine, Jennifer Pratt, Denice Ryan, Beth Tomson, Lesley Villa, Pamela Vohringer, Kimberly Walker, and Rodney Weber (collectively, "Plaintiffs") in the above-captioned action, *Anderson, et al. v. Apple Inc.* No. 3:20-cv-02328-WHO (N.D. Cal.), and Defendant Apple Inc. ("Apple"), by and through their undersigned counsel, submit this stipulation to dismiss Plaintiffs' claims with prejudice.

IT IS HERBY STIPULATED AND AGREED by Apple and Plaintiffs, through their undersigned counsel of record, that:

1. Plaintiffs' claims in the above-captioned case are hereby DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii);
2. The parties shall bear their own costs.

Dated: December 19, 2022

ARTURO J. GONZÁLEZ
TIFFANY CHEUNG
ALEXIS A. AMEZCUA
ADAM J. HUNT
MORRISON & FOERSTER LLP


By: */s/ Alexis A. Amezcua*
    Alexis A. Amezcua

Attorneys for Defendant
APPLE INC.

| | | |
|---|---|---|
| 1 | Dated: December 19, 2022 | STEVE W. BERMAN |
| 2 | | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 4 | | By: */s/ Steve W. Berman* |
| | | Steve W. Berman |
| 5 | | Attorneys for Plaintiffs |

1  **[PROPOSED] ORDER**

2  PURSUANT TO STIPULATION, IT IS SO ORDERED:

3  1. Plaintiffs' claims in the above-captioned case are hereby DISMISSED WITH

4  PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii);

5  2. The parties shall bear their own costs.

8  DATED: December 20, 2022

_____
Honorable William H. Orrick
United States District Court